195 So. 287

### E. P. GAY v. H. L. WYNN.

### 7 Div. 594.

Supreme Court of Alabama.

Feb. 22, 1940.

Rehearing Denied March 21, 1940.

Further Rehearing Denied April 11, 1940.

Hugh A. Locke, of Birmingham, for appellant.

Gibson & Gibson, of Birmingham, A. L. Crumpton, C. W. McKay, and Hardegree & Dempsey, of Ashland, and Paul O. Luck, of Columbiana, for appellee.

KNIGHT, Justice.

The judgment of the circuit court in this cause is affirmed on authority of the decision this day rendered in the case of Gay v. Stewart, ante, p. 428, 195 So. 285.

Affirmed.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.